UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANNA BROADDUS,<br>   Petitioner,<br><br>  v.<br><br>TIMETHEA PULLEN, Warden of Federal Correctional Institution at Danbury, in her official capacity,<br>   Respondent. | No. 3:22-cv-172 (SRU) |

## RULING ON MOTION TO PROCEED *IN FORMA PAUPERIS*

Janna Broaddus ("Petitioner") is an inmate currently incarcerated at Federal Correctional Institution, Danbury. She moves the Court for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. For the reasons that follow, Broaddus's motion to proceed *in forma pauperis*, doc. no. 21, is **denied**.

It is well-settled that the decision to proceed *in forma pauperis* in civil cases is committed to the sound discretion of the district court. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 217-18 (1993); *Monti v. McKeon*, 600 F. Supp. 112, 113 (D. Conn. 1984), *aff'd*, 788 F.2d 1 (2d Cir. 1985). In exercising this discretion, I must determine whether the burden of paying a filing fee would either hamper Broaddus's ability to obtain the necessities of life or force her to abandon this action. *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948); *Potnick v. Easter State Hosp.*, 701 F.2d 243, 244 (2d Cir. 1983).

With her current motion to proceed *in forma pauperis*, Broaddus has also filed a Prisoner Trust Fund Account Statement reporting an available balance of $100.47. Doc. No. 22 at 2.[1]

---

[1] The Prisoner Trust Fund Account Statement reports a total balance of $900.47. ECF No. 22 at 1. However, $800 of the total balance is credited toward a "pre-release balance" that Broaddus cannot currently withdraw.

The only debts or financial obligations noted on Broaddus's *in forma pauperis* application are federal court fees that she pays at the rate of $25.00 per a quarter. Doc. No. 21 at 2.

As I have previously informed Broaddus, the filing fee for this habeas corpus case is just $5.00. I conclude that, with an available account balance of approximately $100, Broaddus may pay the $5.00 filing fee without undue hardship. Thus, Broaddus's current motion to proceed *in forma pauperis*, **doc no. 21**, is **DENIED**.

All further proceedings in this matter shall be held in abeyance for **thirty days** pending Broaddus's delivery of the filing fee in the amount of $5.00 (money order or bank check made payable to the Clerk of Court) to the Clerk's Office, 915 Lafayette Blvd., Bridgeport, Connecticut, 06604. **Failure to tender the filing fee within thirty days of this order, on or before December 8, 2022, may result in the dismissal of this action**.

So ordered.

Dated at Bridgeport, Connecticut, this 8th day of November 2022.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge